# EXHIBIT 1

**2025 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

**FILED**
**Jan 29, 2025**
**Secretary of State**
**5654180146CC**

DOCUMENT# P10000103438

**Entity Name:** BURSOR & FISHER, P.A.

**Current Principal Place of Business:**

701 BRICKELL AVE
SUITE 2100
MIAMI, FL 33131

**Current Mailing Address:**

701 BRICKELL AVENUE
STE 2100
MIAMI, FL 33131 US

**FEI Number: 27-4386737**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

LITTMAN, ERIC P
7695 SW 104TH ST, SUITE 210
MIAMI, FL 33156 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PSD |
| Name | BURSOR, SCOTT |
| Address | 701 BRICKELL AVE<br>SUITE 2100 |
| City-State-Zip: | MIAMI FL 33131 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SCOTT BURSOR PRESIDENT 01/29/2025

Electronic Signature of Signing Officer/Director Detail Date