UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LIMITED, a Connecticut corporation,<br><br><div align="center">Plaintiff,</div><br><div align="center">-against-</div><br>BURSOR & FISHER, P.A., and SCOTT BURSOR,<br><br><div align="center">Defendants.</div> | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: \_1/6/2026\_\_\_\_\_<br><br><br>25 Civ. 10000 (AT) (VF)<br><br>**ORDER OF REFERENCE**<br>**TO A MAGISTRATE JUDGE** |

ANALISA TORRES, District Judge:

The above-entitled action is referred to the Honorable Valerie Figueredo for the following purposes:

| | | | |
|---|---|---|---|
| ☒ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☒ | Specific Non-Dispositive Motion/Dispute<br><br>**Defendants' Motion to Seal (ECF No. 18;** *see also* **ECF Nos. 35, 36, 40, 41, 42, 43, 44).**<br>_____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br>_____ | ☐ | Habeas Corpus |
| ☐ | Settlement | ☐ | Social Security |
| ☐ | Inquest After Default/Damages Hearing | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: _____ |

SO ORDERED.

Dated:  January 6, 2026
     New York, New York

_____
ANALISA TORRES
United States District Judge