**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LIMITED, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>BURSOR & FISHER, P.A. and SCOTT BURSOR,<br><br>Defendants. | Case No. 1:25-cv-10000-AT-VF<br><br>**ORDER ON UNDISPUTED SEALING REQUESTS REGARDING PORTIONS OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT OR, IN THE ALTERNATIVE, TRANSFER VENUE AND EXHIBITS IN SUPPORT THEREOF**<br><br>Hon. Valerie Figueredo |

Plaintiff Sentinel Insurance Company, Ltd. ("Sentinel") and Defendants Bursor & Fisher, P.A. ("Bursor & Fisher") and Scott Bursor ("Mr. Bursor") (together, "Defendants") (collectively, the "Parties") filed a Joint Omnibus Sealing Stipulation to seal documents that contain information the Parties contend is sealable under controlling authority. The Parties seek to seal portions of Defendants' Motion to Dismiss the Complaint, or in the Alternative, Transfer Venue (the "Motion to Dismiss") and portions of documents identified in the Declaration of Kenneth H. Frenchman (the "Frenchman Decl.").

Upon consideration of the Parties' Stipulation, the papers submitted in support, including Defendants' letter dated January 15, 2026, and compelling reasons appearing, **IT IS HEREBY ORDERED** that documents are to be sealed as follows:

| THE PARTIES' UNDISPUTED SEALING REQUESTS | | | | |
|---|---|---|---|---|
| **Docket Number** | **Document** | **Portions To Be Sealed** | **Basis for Sealing** | **Order** |
| ECF No. 49-1, formerly ECF No. 17 | Memorandum of Points and Authorities in support of Defendants' Motion to Dismiss or, in the alternative, Transfer Venue, of the Complaint | Redacted portions at page 14,[1] which are information exchanged between the insured and the insurer, including the amount of settlement authority provided by Sentinel | Reflects confidential settlement authority not disclosed to underlying plaintiff and financial details from one of the Sentinel insurance policies. | |
| ECF No. 49-7, formerly ECF No. 18-17 | Ex. 9 to Frenchman Decl. – Email thread between Sentinel's claim-handler and Defendants' insurance coverage counsel | Redacted portions at pages 2, 3, 4 and 5 which are information exchanged between the insured and the insurer, including requests for settlement authority | Reflects confidential settlement authority not disclosed to underlying plaintiff. | |
| ECF No. 49-8, formerly ECF No. 18-19 | Ex. 10 to Frenchman Decl. – Email between Sentinel's claim-handler and Defendants' defense counsel in the underlying litigation and Defendants' insurance coverage counsel | Redacted portion at page 2, which is information exchanged between the insured and the insurer, including settlement authority provided by Sentinel | Reflects confidential settlement authority not disclosed to underlying plaintiff. | |
| ECF No. 49-9, | Ex. 12 to Frenchman Decl. – | Redacted portions at pages | Reflects confidential settlement authority not | |

---

[1] Page numbers cited herein refer to the page of the PDF.

| THE PARTIES' UNDISPUTED SEALING REQUESTS | | | | |
|---|---|---|---|---|
| **Docket Number** | **Document** | **Portions To Be Sealed** | **Basis for Sealing** | **Order** |
| formerly ECF No. 18-22 | Email between Sentinel's claim-handler and Defendants' defense counsel in the underlying litigation and Defendants' insurance coverage counsel | 2, which are information exchanged between the insured and the insurer, including settlement authority provided by Sentinel | disclosed to underlying plaintiff. | |
| ECF No. 49-10, formerly ECF No. 18-24 | Ex. 13 to Frenchman Decl. – one of the Sentinel Policies | Redacted portion at page 13 | Reflects insurance premium and state fees and surcharges. | |

**IT IS FURTHER ORDERED** that the Parties' sealing disputes as articulated in ECF Nos. 35, 36, 40, 41 (as amended and replaced by ECF No. 44), 42, and 43 are moot; and

**IT IS FURTHER ORDERED** that the Clerk of Court shall maintain the viewing restrictions at ECF Nos. 18 through 18-27. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 35, 36, 40, 41, 42, 43, 44, and 49.

Dated:  January 27, 2026

Hon. Valerie Figueredo
United States Magistrate Judge