UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SENTINEL INSURANCE COMPANY,
LIMITED, a Connecticut corporation,

Plaintiff,

-against-

BURSOR & FISHER, P.A., and SCOTT
BURSOR,

Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   6/26/2026
```

25 Civ. 10000 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendants' pre-motion letter seeking leave to file a motion to dismiss Plaintiff's amended complaint, as well as Plaintiff's response. *See* ECF Nos. 62, 63. Accordingly:

1. The Court GRANTS Defendants leave to file their anticipated motion to dismiss;

2. By **July 27, 2026**, Defendants shall file their motion;

3. By **August 24, 2026**, Plaintiff shall file its response;

4. By **September 8, 2026,** Defendants shall file their reply, if any.

SO ORDERED.

Dated: June 26, 2026
    New York, New York

_____
ANALISA TORRES
United States District Judge