# EXHIBIT

# 1



**Together We Prevail**™

Business Insurance
Employee Benefits
Auto
Home

<u>**SENT VIA E-MAIL**</u>

March 5, 2024

Scott Bursor
Bursor & Fisher, P.A.
scott@bursor.com

| | | |
|---|---|---|
| **RE:** | **Policyholder:** | **Bursor & Fisher, P.A.** |
| | **Policies:** | **57 SBA BA7698 (08/04/2011-08/04/2024)** |
| | **Summons:** | ***Angelica Parker vs. Scott Bursor and Bursor & Fisher, P.A.*** |
| | | **County of New York, NY** |
| | | **Case No. 952325/2023** |

Dear Mr. Bursor,

This letter is in response to your request for coverage in connection with the above-referenced summons ("Summons") in which you, Scott Bursor ("you") are named as a defendant. Please direct all future correspondence for these matters to my attention.

The purpose of this letter is to convey to you The Hartford's position with respect to the above referenced policies ("Policies") issued to Bursor and Fisher, P.A. by Sentinel Insurance Company ("The Hartford"). If you have any questions regarding The Hartford's position, please contact me immediately.

<u>**THE SUMMONS**</u>

According to the Summons, plaintiff Angelica Parker ("Plaintiff") alleges she suffered emotional, physical, and sexual abuse by you beginning in or about July 2020. The Plaintiff is asserting claims of assault/sexual assault, battery/sexual battery, intentional infliction of emotional distress, negligent infliction of emotional distress, abuse of process, violation of adult survivors act, and violation of victims of gender motivated violence act. Plaintiff alleges she has suffered and will continue to suffer emotional and physical damages as a result of the alleged abuse.

<u>**POLICIES**</u>

Based upon a review of the Summons, The Hartford has concluded that no coverage exists for you under the Policies. Specifically, the Policies contain Business Liability Coverage Form SS 00 08 04 05, which contains the following language:

*C. WHO IS AN INSURED*
  *1. If you are designated in the Declarations as:*
  *d. An organization other than a partnership, joint venture, or limited liability company, you are*
  *insured. Your "executive officers" and directors are insureds, but only with respect to their*

8283639_1 ©2024 by The Hartford. Classification: Company Confidential. No part of this document may be reproduced, published, or used without the permission of The Hartford.

*duties as your officers and directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.*

According to the above-quoted language, you qualify as an insured on the Policies but only with respect to the duties of your business. The Plaintiff alleges she "brings this action for the emotional, physical and sexual abuse she suffered at the hands of you beginning in or about July 2020." These alleged actions allegedly committed by you, are outside the duties and conduct of your business; as such, we must respectfully advise you coverage is precluded for you in connection with the Summons.

However, even if you did qualify as an insured, please be advised that Business Liability Coverage Form SS 00 08 04 05 also includes the following insuring agreement:

*A. COVERAGES*
   *1. BUSINESS LIABILITY COVERAGE (BODILY INJURY, PROPERTY DAMAGE, PERSONAL AND ADVERTISING INJURY)*
   *Insuring Agreement*
   *a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury" to which this insurance does not apply.*

Additionally, the Participating Policies define "bodily injury", "personal and advertising injury" and "suit" as meaning, in relevant part:

*G. LIABILITY AND MEDICAL EXPENSES DEFINTIONS*

*5. "Bodily injury" means physical:*
   *a. Injury;*
   *b. Sickness; or*
   *c. Disease*
   *Sustained by a person and, if arising out of the above, mental anguish or death at any time.*

*17. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:*
   *[…]*
   *h. Discrimination or humiliation that results in injury to the feelings or reputation of a natural person.*

*21. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:*
   *a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or*
   *b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.*

8283639_1 © 2011 by The Hartford. Classification: Company Confidential. No part of this document may be reproduced, published, or used without the permission of The Hartford.

As an initial matter, we note that the definition of "personal and advertising injury" is modified by form SS 00 60 09 15 as follows:

*F. Subparagraph 17.h. of Section G, **Liability and Medical Expenses Definitions** is deleted.*

As indicated above, paragraph 17.h. of the definition of "personal and advertising injury" (specifically, discrimination or humiliation that results in injury to feelings or a natural person) is deleted; as such, it does not appear that the alleged damages constitute "personal and advertising injury" as defined in the Policies. Therefore, no coverage would exist under the "personal and advertising injury" coverage of the Policies.

Additionally, please be advised that the Business Liability Coverage Form SS 00 08 04 05 also includes the following exclusion:

**B. EXCLUSIONS**
> **1.   Applicable to Business Liability Coverage**
> *This insurance does not apply to:*
> **a.   Expected or Intended Injury**
> > (1) *"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property; or*

According to the above-quoted exclusion, the Policies do not provide coverage for bodily injury expected or intended from the standpoint of the insured. To the extent it is determined that you expected or intended to cause bodily injury, as alleged in the Summons, we must advise you that coverage may be limited or precluded under the Policies.

Additionally, please be advised that the Policies also contain the following Lawyers Professional Liability Exclusion Form SS 05 13 04 01:

*This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render professional legal services by a lawyer or by any other person performing such legal services.*

According to the above-quoted exclusion, the Policies do not provide coverage for bodily injury arising out of the rendering or failure to render professional legal services. To the extent it is determined the Plaintiff's injuries were caused by the rendering or failure to render professional services, please be advised that coverage may further be precluded under the Policies.

## AS TO ALL POLICIES

This communication is not intended to be and should not be construed as an exhaustive listing of all policy terms and conditions that may apply to this matter. The Hartford hereby reserves all its rights, positions and defenses in this matter. Neither this communication, nor any prior or subsequent communications, should be construed as a waiver of any rights, positions or defenses held by The Hartford.

8283639_1 ©2021 by The Hartford. Classification: Company Confidential. No part of this document may be reproduced, published, or used without the permission of The Hartford.

The Hartford reserves the right to supplement and/or to amend its coverage positions should facts and circumstances indicate the need to do so in connection with the Summons. If there is any information or documentation that you would like us to consider, please immediately bring the same to my attention.

Also, should you have any questions regarding the foregoing and/or should you wish to discuss this matter in general, please do not hesitate to contact me.

Sincerely,

*Allison Walton*

Allison Walton
The Hartford – Complex Claims Unit
Hartford Plaza, T-14-CO
Hartford, CT 06155
Phone: (860) 547-4838
E-mail: Allison.Walton@TheHartford.com

8283639_1©2021 by The Hartford. Classification: Company Confidential. No part of this document may be reproduced, published, or used without the permission of The Hartford.