# EXHIBIT

# 2

**Together We Prevail**™



**THE HARTFORD**

Business Insurance
Employee Benefits
Auto
Home

<u>**SENT VIA E-MAIL**</u>

March 5, 2024

Scott Bursor
Bursor & Fisher, P.A.
scott@bursor.com

| | | |
|---|---|---|
| **RE:** | **Policyholder:** | **Bursor & Fisher, P.A.** |
| | **Policies:** | **57 SBA BA7698 (08/04/2011-08/04/2024)[1]** |
| | **Summons:** | ***Angelica Parker vs. Scott Bursor and Bursor & Fisher, P.A.*** <br> **County of New York, NY** <br> **Case No. 952325/2023** |

Dear Mr. Bursor,

This letter is in response to your request for coverage in connection with the above-referenced summons ("Summons") in which Bursor & Fisher, P.A. ("Bursor") is named as a defendant. Please continue to direct all correspondence in this matter to my attention.

The purpose of this letter is to convey to you The Hartford's position with respect to the above referenced policies ("Policies") issued to Bursor and Fisher, P.A. by Sentinel Insurance Company ("The Hartford"). If you have any questions regarding The Hartford's position, please contact me immediately.

Please be advised that as set forth more fully below, The Hartford will agree to participate in the defense of Bursor in connection with the Summons under the Policies in effect for consecutive annual periods from August 4, 2019-August 4, 2024 ("Participating Policies"), subject to a reservation of rights. This reservation of rights is intended to explain to you that after a full investigation of this matter has been completed, there may be no coverage for the Summons under the Participating Policies and The Hartford ultimately may have no obligation to pay for any settlement or judgment in this matter. The Hartford believes that this letter fairly informs you of its position and the reasons it is reserving its rights to later deny coverage.

With respect to the Policies in effect for consecutive annual periods from August 4, 2011-August 4, 2019 ("Non-Participating Policies"), please be advised that The Hartford has determined that there is no coverage for the Summons. The Hartford's position under the Non-Participating Policies is detailed separately below.

<u>**THE SUMMONS**</u>

---

[1] Issued for consecutive annual periods.

8283332_1 ©2021 by The Hartford. Classification: Company Confidential. No part of this document may be reproduced, published, or used without the permission of The Hartford.

According to the Summons, plaintiff Angelica Parker ("Plaintiff") alleges she suffered emotional, physical, and sexual abuse by you beginning in or about July 2020. The Plaintiff is asserting claims of assault/sexual assault, battery/sexual battery, intentional infliction of emotional distress, negligent infliction of emotional distress, abuse of process, violation of adult survivors act, and violation of victims of gender motivated violence act. Plaintiff alleges she has suffered and will continue to suffer emotional and physical damages as a result of the alleged abuse.

**PARTICIPATING POLICIES**

As noted above, The Hartford agrees to participate in the defense of the Summons under the Participating Policies, pursuant to a full reservation of rights. We note that the Participating Policies contain Business Liability Coverage Form SS 00 08 04 05, which includes the following insuring agreement:

*A. COVERAGES*
  1. *BUSINESS LIABILITY COVERAGE (BODILY INJURY, PROPERTY DAMAGE, PERSONAL AND ADVERTISING INJURY)*
     *Insuring Agreement*
     a. *We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury" to which this insurance does not apply.*

Additionally, the Participating Policies define "bodily injury", "personal and advertising injury" and "suit" as meaning, in relevant part:

*G. LIABILITY AND MEDICAL EXPENSES DEFINTIONS*

5. *"Bodily injury" means physical:*
   a. *Injury;*
   b. *Sickness; or*
   c. *Disease*
   *Sustained by a person and, if arising out of the above, mental anguish or death at any time.*

17. *"Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:*
    *[…]*
    *h. Discrimination or humiliation that results in injury to the feelings or reputation of a natural person.*

21. *"Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:*
    a. *An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or*
    b. *Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.*

8283332_1 © 2021 by The Hartford. Classification: Company Confidential. No part of this document may be reproduced, published, or used without the permission of The Hartford.

As an initial matter, we note that the definition of "personal and advertising injury" is modified by form SS 00 60 09 15 as follows:

*F. Subparagraph 17.h. of Section G, **Liability and Medical Expenses Definitions** is deleted.*

As indicated above, paragraph 17.h. of the definition of "personal and advertising injury" (specifically, discrimination or humiliation that results in injury to feelings or a natural person) is deleted; as such, it does not appear that the alleged damages constitute "personal and advertising injury" as defined in the Participating Policies and The Hartford disclaims coverage under the "personal and advertising injury" coverage of the Participating Policies. If you have any additional information for us to consider, please forward to my attention as soon as possible. The Hartford reserves all rights with respect to this issue.

Also, according to the above referenced language, The Hartford has a duty to defend the insured against any "suit" seeking damages of bodily injury or personal and advertising injury to which the insurance applies. To the extent it is determined that the Summons does not constitute a "suit", as it is defined by the Participating Policies, The Hartford reserves the right to withdraw from the defense of Bursor.

Additionally, please be advised that the Business Liability Coverage Form SS 00 08 04 05 also includes the following exclusion:

**B. EXCLUSIONS**
    **1.   *Applicable to Business Liability Coverage***
        *This insurance does not apply to:*
        **a.  *Expected or Intended Injury***
            *(1) "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property; or*

According to the above-quoted exclusion, the Participating Policies do not provide coverage for bodily injury expected or intended from the standpoint of the insured. To the extent it is determined that Bursor expected or intended the bodily injury alleged in the Summons, we must advise you that coverage may be limited or precluded for the Summons under the Participating Policies.

Please be advised that the Participating Policies also contain the following Lawyers Professional Liability Exclusion Form SS 05 13 04 01:

*This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render professional legal services by a lawyer or by any other person performing such legal services.*

According to the above-quoted exclusion, the Participating Policies do not provide coverage for bodily injury arising out of the rendering or failure to render professional legal services. To the extent it is determined the Plaintiff's injuries were caused by the rendering or failure to render professional services, please be advised that coverage may be limited or precluded for the Summons under the Participating Policies.

Without limiting the foregoing, our agreement to participate in the defense of the Summons is subject to the following specific reservations:

8283332_1©2021 by The Hartford. Classification: Company Confidential. No part of this document may be reproduced, published, or used without the permission of The Hartford.

- Coverage is not provided for any person or entity that is not an "Insured", "Named Insured", "Person Insured" or "Additional Insured" under the Participating Policies (as those terms are defined in the Participating Policies);
- The Participating Policies do not provide coverage for those claims which are not damages because of "bodily injury" (as that term is defined in the Participating Policies);
- The Participating Policies do not provide coverage for "bodily injury" which occurred prior to or after the effective dates of the Participating Policies;
- The Participating Policies do not provide coverage for "bodily injury" which was known to have occurred, in whole or in part, prior to the policy period of the Participating Policies;
- The Participating Policies do not provide coverage for any obligation for which the insured or any other insurer may be held liable under any workers' compensation or similar law;
- The Participating Policies do not provide coverage for "bodily injury" to any employee arising out of and in the course of employment by the Insured;
- The Participating Policies may not provide coverage for punitive damages, fines, penalties or other similar exemplary relief;
- The Participating Policies do not provide coverage for equitable, injunctive or other similar non-monetary relief;
- Certain payments made by The Hartford in this matter are subject to the applicable limits of liability of the Participating Policies;
- Certain payments made by The Hartford in this matter are subject to any deductible(s) and/or retrospective premium plans(s) of the Participating Policies.
- The Participating Policies do not provide coverage if there has been a breach of any condition contained in the Participating Policies;
- To the extent that the Plaintiff alleges damages and/or causes of action potentially within the coverage of the Participating Policies, as well as damages and/or causes of action not potentially within that coverage, The Hartford reserves the right to apportion costs and/or damages between covered and non-covered claims and to pay only for the indemnity of covered claims.

To reiterate, The Hartford further reserves its right under the Participating Policies to withdraw from the defense of the Summons if further investigation reveals there is no potential for coverage under the Participating Policies. We reserve the right to seek reimbursement from other carriers, or from Bursor as appropriate, for any and all monies paid toward settlement of or judgment in this matter and/or all other expenses and payments for which it is later determined that there is no potential for coverage. By agreeing to provide Bursor with a defense for the Summons, The Hartford is not waiving its right to refuse to pay any settlement or judgment in this matter.

## **NON-PARTICIPATING POLICIES**

As noted above, The Hartford denies any obligation with respect to the Summons under the Non-participating Policies. The Insuring Agreement of the Non-Participating Policies provide in relevant part the following:

*A. COVERAGES*
   *1. BUSINESS LIABILITY COVERAGE (BODILY INJURY, PROPERTY DAMAGE, PERSONAL AND ADVERTISING INJURY)*

8283332_1 ©2021 by The Hartford. Classification: Company Confidential. No part of this document may be reproduced, published, or used without the permission of The Hartford.

*Insuring Agreement*

*[…]*

   *b.  This insurance applies:*

      *(1) To "bodily injury" and "property damage" only if:*

         *a.  The "bodily injury" or "property damage" is caused by an "occurrence" that takes places in the "coverage territory";*

         *b.  The "bodily injury" or "property damage" occurs during the policy period*

The Non-Participating Policies provide potentially applicable coverage for "bodily injury" which takes place during their respective policy periods.  However, the Plaintiff's allegations of physical and sexual abuse began in or about July 2020. Accordingly, any "bodily injury" could not have occurred during the policy periods of the Non-Participating Policies, all of which pre-date the Plaintiff's allegations; as such, The Hartford disclaims coverage for the Summons under the Non-Participating Policies. To the extent you have any additional information you would like us to consider, please forward to my attention as soon as possible. The Hartford reserves all rights with respect to this issue.

## UMBRELLA CONTRACTS

The Hartford has also located the Umbrella Contracts issued to Bursor. The Umbrella Contracts would not respond to the Summons unless and until the underlying limits of liability (listed in the Declarations page as the coverages identified in this letter as Participating Policies) and/or applicable self-insured retentions were exhausted[2]. At this time, the underlying limits of liability are not exhausted; to the extent the underlying limits of liability exhaust, The Hartford will more fully review its coverage obligations, if any, under the Umbrella Contracts.

In the meantime, we note that the Umbrella Contracts contain the same, or substantially similar, policy provisions as quoted above. Specifically, the Umbrella Contracts preclude coverage for damages expected or intended from the standpoint of the insured and for the rendering or failure to render professional legal services. To the extent it is determined any damages for bodily injury were expected or intended by the insured and/or arose out of the rendering or failure to render professional legal services, The Hartford disclaims coverage. As noted above, The Hartford will review its coverage obligations, if any, under the Umbrella Contracts when and if the Participating Policies exhaust their limits of liability. In the meantime, The Hartford reserves all rights with respect to this issue.

## AS TO ALL POLICIES

This communication is not intended to be and should not be construed as an exhaustive listing of all policy terms and conditions that may apply to this matter.  The Hartford hereby reserves all its rights, positions and defenses in this matter.  Neither this communication, nor any prior or subsequent communications, should be construed as a waiver of any rights, positions or defenses held by The Hartford.

Should The Hartford assert and prevail on any reservations, it does not waive its rights, if any, to seek and demand reimbursement for any payments paid either to Bursor, other carriers, or otherwise in connection with the Summons.  In the event that any reservations are rejected by any court of

---

[2] In addition, any obligations The Hartford might owe under the Umbrella Contracts are subject to the terms, conditions, endorsements, and/or exclusions of the Umbrella Contracts.

8283332_1 ©2021 by The Hartford. Classification: Company Confidential. No part of this document may be reproduced, published, or used without the permission of The Hartford.

appropriate jurisdiction (which shall be deemed to include a final order on appeal), The Hartford will provide coverage only in accordance with the theory of coverage adopted by such court and will seek and demand reimbursement of payments made by it based upon the reservations.

The Hartford reserves the right to supplement and/or to amend its coverage positions should facts and circumstances indicate the need to do so in connection with the Summons.  If there is any information or documentation that you would like us to consider, please immediately bring the same to my attention. Also, should you have any questions regarding the foregoing and/or should you wish to discuss this matter in general, please do not hesitate to contact me.

Sincerely,

*allison Walton*

Allison Walton
The Hartford – Complex Claims Unit
Hartford Plaza, T-14-CO
Hartford, CT 06155
Phone: (860) 547-4838
E-mail: Allison.Walton@TheHartford.com

8283332_1  © 2021 by The Hartford. Classification: Company Confidential. No part of this document may be reproduced, published, or used without the permission of The Hartford.