# EXHIBIT

# 3



**Together We Prevail**™

**THE HARTFORD**

Business Insurance
Employee Benefits
Auto
Home

<u>**SENT VIA E-MAIL**</u>

June 12, 2024

Scott Bursor
Bursor & Fisher, P.A.
scott@bursor.com

| RE: | Policyholder: | **Bursor & Fisher, P.A.** |
|---|---|---|
| | **Policies:** | **57 SBA BA7698 (08/04/2011-08/04/2024)[1]** |
| | **Lawsuit:** | ***Angelica Parker vs. Scott Bursor, individually and in his professional capacity as owner of Bursor & Fisher, P.A., and Bursor & Fisher, P.A.,*** **United States District Court, Southern District of New York, Case No. 24-cv-245.** |

Dear Mr. Bursor,

This letter is in response to your request for coverage in connection with the above-referenced lawsuit ("Lawsuit") in which you, Scott Bursor ("you"), are named as a defendant. This letter also serves to supplement our prior correspondence issued on March 5, 2024. Please direct all future correspondence for this matter to my attention.

Please be advised that we have located the above referenced liability policies ("Policies") issued to Bursor and Fisher, P.A. by Sentinel Insurance Company ("The Hartford"). Additionally, please be advised that the Policies in effect from 08/04/2012-08/04/2024 also contain umbrella contracts ("Umbrella Contracts"). We must respectfully advise you that coverage is precluded for you in connection with the Lawsuit under the Policies and the Umbrella Contracts as further detailed below.

<u>**THE LAWSUIT**</u>

According to the Lawsuit, plaintiff Angelica Parker ("Plaintiff") alleges you caused her to suffer emotional, physical, and sexual abuse beginning shortly after you met and began dating in October 2018. The Plaintiff is asserting claims of Violation of New York City Victims of Gender-Motivated Violence Protection Act, battery, and intentional infliction of emotional distress against you. Plaintiff alleges she has suffered and will continue to suffer emotional, psychological, and physical damages as a result of the alleged abuse.

<u>**THE POLICIES**</u>

As an initial matter, Bursor & Fisher P.A. ("Firm") is the named insured on the Policies and on the declarations page, the insured is designated as a corporation.  Accordingly, we must draw your attention to the following provision included in Business Liability Coverage Form SS 00 08 04 05:

---

[1] Issued for consecutive annual periods.

8414848_1 ©2021 by The Hartford. Classification: Company Confidential. No part of this document may be reproduced, published, or used without the permission of The Hartford.

Page 2 of 6
Scott Bursor
June 12, 2024

### C. WHO IS AN INSURED

1. *If you are designated in the Declarations as:*

   *d. An organization other than a partnership, joint venture, or limited liability company, you are insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers and directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.*

According to the above-quoted relevant language, you may qualify as an insured on the Policies but only with respect your duties related to the conduct of the Firm's business. The Plaintiff alleges in the Lawsuit that she suffered emotional, physical, and sexual abuse caused by you. Since these allegations do not constitute duties related to the conduct of the Firm's business, you do not quality as an insured under the Policies with regard to the Lawsuit.

However, even if you did qualify as an insured under the Policies, the Policies contain additional provisions which preclude coverage for you in connection with the Lawsuit.  We refer you to Business Liability Coverage Form SS 00 08 04 05 which includes the following insuring agreement:

### A. COVERAGES

1. **BUSINESS LIABILITY COVERAGE (BODILY INJURY, PROPERTY DAMAGE, PERSONAL AND ADVERTISING INJURY)**
   **Insuring Agreement**

   a. *We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury" to which this insurance does not apply.*

   b. *This insurance applies:*

      *(1) To "bodily injury" and "property damage" only if:*

         *a) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";*

         *b) The "bodily injury" or "property damage" occurs during the policy period.*

      *(2) To "personal and advertising injury" caused by an offense arising out of your business, but only if the offense was committed in the "coverage territory" during the policy period.*

The Policies include the following relevant definitions:

### G. LIABILITY AND MEDICAL EXPENSES DEFINTIONS

5. *"Bodily injury" means physical:*

   a. *Injury;*

   b. *Sickness; or*

   c. *Disease*

© 2021 by The Hartford. Classification: Company Confidential. No part of this document may be reproduced, published, or used without the permission of The Hartford.

Page 3 of 6
Scott Bursor
June 12, 2024

> *Sustained by a person and, if arising out of the above, mental anguish or death at any time.*
>
> 16. *"Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.*
>
> 17. *"Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:*
> *a. False arrest, detention, or imprisonment;*
> *[…]*
> *h. Discrimination or humiliation that results in injury to the feelings or reputation of a natural person.*

As an initial matter, we note that the definition of "personal and advertising injury" is modified by form SS 00 60 09 15 as follows:

> *F. Subparagraph 17.h. of Section G, **Liability and Medical Expenses Definitions** is deleted.*

As indicated above, paragraph 17.h. of the definition of "personal and advertising injury" (specifically, discrimination or humiliation that results in injury to feelings of a natural person) is deleted; as such, any alleged damages of discrimination or humiliation would not constitute "personal and advertising injury" as defined in the Policies.

As an initial matter, the Policies provide potentially applicable coverage for "bodily injury" or "personal and advertising injury" which takes place during their respective policy periods. However, the Plaintiff's allegations of physical and sexual abuse began in or around October 2018-2019. Accordingly, any "bodily injury" or "personal and advertising injury" could not have occurred during the policy period of the Policies in effect from 08/04/2011-08/04/2018. As such, coverage would be precluded for you, even if you qualified as an insured, under the Policies in effect from 08/04/2011-08/04/2018 in connection with the Lawsuit.

Also, the above-quoted insuring agreement on the Policies provides that coverage is available for damages because of "bodily injury" caused by an "occurrence," as those terms are defined above. The damages alleged by Plaintiff are intentional in nature and the Policies only provide coverage for damages because of bodily injury caused by an occurrence, which is defined as an "accident." As the alleged damages are intentional, they do not constitute an occurrence and, as such, the Policies would not provide coverage for the Lawsuit, even if you qualified as an insured under the Policies.

Additionally, please be advised that the Business Liability Coverage Form SS 00 08 04 05 also includes the following exclusion:

> **B. EXCLUSIONS**
> 1.    ***Applicable to Business Liability Coverage***
>       *This insurance does not apply to:*
>    a.   ***Expected or Intended Injury***

8414848_1©2024 by The Hartford. Classification: Company Confidential. No part of this document may be reproduced, published, or used without the permission of The Hartford.

Page 4 of 6
Scott Bursor
June 12, 2024

> (1) *"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property; or*
>
> (2) *"Personal and advertising injury" arising out of an offense committed by, at the direction of or with the consent or acquiescence of the insured with the expectation of inflicting "personal and advertising injury."*

According to the above-quoted exclusion, the Policies do not provide coverage for bodily injury that is expected or intended from the standpoint of the insured or personal and advertising injury arising out of an offense that was either committed at the direction, consent or acquiescence of the insured. The damages as alleged by Plaintiff in the Lawsuit are intentional in nature and, as such, the Policies would not provide coverage for the Lawsuit, even if you qualified as an insured under the Policies.

Lastly, please be advised that the Policies also contain the following Lawyers Professional Liability Exclusion Form SS 05 13 04 01:

> *This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render professional legal services by a lawyer or by any other person performing such legal services.*

According to the above-quoted exclusion, the Policies do not provide coverage for bodily injury or personal and advertising injury arising out of the rendering or failure to render professional legal services. To the extent it is later alleged or determined the Plaintiff's injuries were caused by the rendering or failure to render professional services, please be advised that coverage may further be precluded under the Policies and The Hartford reserves all rights in this regard.

## UMBRELLA CONTRACTS

The Hartford has also located the Umbrella Contracts issued to Bursor. The Umbrella Contracts would not potentially respond to the Lawsuit, if at all, unless and until the underlying limits of liability (listed in the Declarations page as the coverages identified in this letter as Policies) and/or applicable self-insured retentions were exhausted[2]. At this time, the underlying limits of liability are not exhausted; to the extent the underlying limits of liability exhaust, The Hartford will more fully review its coverage obligations, if any, under the Umbrella Contracts in connection with the Lawsuit.

As quoted above, you may qualify as an insured on the Umbrella Contracts but only with respect your duties related to the conduct of the Firm's business. The Plaintiff alleges in the Lawsuit that she suffered emotional, physical, and sexual abuse caused by you. Since these allegations do not constitute duties related to the conduct of the Firm's business, you do not qualify as an insured with regard to the Lawsuit under the Umbrella Contracts.

---

[2] In addition, any obligations The Hartford might owe under the Umbrella Contracts are subject to the terms, conditions, endorsements, and/or exclusions of the Umbrella Contracts.

8414848_1 ©2021 by The Hartford. Classification: Company Confidential. No part of this document may be reproduced, published, or used without the permission of The Hartford.

Page 5 of 6
Scott Bursor
June 12, 2024

We note that the Umbrella Contracts contain the same, or substantially similar, policy provisions as quoted above for the Policies. The Umbrella Contracts provide potentially applicable coverage for "bodily injury" or "personal and advertising injury" which takes place during their respective policy periods. However, the Plaintiff's allegations of physical and sexual abuse began in or around October 2018-2019. Accordingly, any "bodily injury" or "personal and advertising injury" could not have occurred during the policy period of the Umbrella Contracts in effect from 08/04/2011-08/04/2018. As such, coverage would be precluded for you, even if you qualified as an insured, under the Umbrella Contracts in effect from 08/04/2011-08/04/2018 in connection with the Lawsuit.

However, and even if you did qualify as an insured under the Umbrella Contracts, the Umbrella Contracts contain additional provisions which preclude coverage for you in connection with the Lawsuit. The Umbrella Contracts preclude coverage for damages expected or intended from the standpoint of the insured. The damages as alleged by Plaintiff in the Lawsuit are intentional in nature and, as such, the Umbrella Contracts would not provide coverage for the Lawsuit, even if you qualified as an insured under the Umbrella Contracts.

The Umbrella Contracts also preclude coverage for the rendering or failure to render professional legal services. To the extent it is later determined that any damages for bodily injury arose out of the rendering or failure to render professional legal services, The Hartford reserves the right to further disclaim coverage under the Umbrella Contracts. As noted above, The Hartford will review its coverage obligations, if any, under the Umbrella Contracts when and if the Policies exhaust their limits of liability. In the meantime, The Hartford reserves all rights with respect to the Umbrella Contracts.

## **GENERALLY**

This communication is not intended to be and should not be construed as an exhaustive listing of all policy terms and conditions that may apply to this matter. The Hartford hereby reserves all its rights, positions and defenses in this matter. Neither this communication, nor any prior or subsequent communications, should be construed as a waiver of any rights, positions or defenses held by The Hartford.

The Hartford reserves the right to supplement and/or to amend its coverage positions should facts and circumstances indicate the need to do so in connection with the Lawsuit. If there is any information or documentation that you would like us to consider, please immediately bring the same to my attention.

Also, should you have any questions regarding the foregoing and/or should you wish to discuss this matter in general, please do not hesitate to contact me.

Sincerely,

*Allison Walton*

Allison Walton
The Hartford – Complex Claims Unit

8414848_1 ©2024 by The Hartford. Classification: Company Confidential. No part of this document may be reproduced, published, or used without the permission of The Hartford.

Page 6 of 6
Scott Bursor
June 12, 2024

Hartford Plaza, T-14-CO
Hartford, CT 06155
Phone: (860) 547-4838
E-mail: Allison.Walton@TheHartford.com

8414848_1 ©2021 by The Hartford. Classification: Company Confidential. No part of this document may be reproduced, published, or used without the permission of The Hartford.