# EXHIBIT

# 7

| | |
|---|---|
| **From:** | Jason Sumbaly |
| **Sent:** | Friday, October 11, 2024 3:14 PM |
| **To:** | 'Walton, Allison (Core Claims)' |
| **Cc:** | Ken Frenchman |
| **Subject:** | RE: Parker vs. Bursor  (Encrypted Delivery) |
| **Attachments:** | 2024.04.15 Gibbons P.C. Wire Transfer Confirmation.pdf; 2024.05.20 Gibbons P.C. Wire Transfer Confirmation.pdf; 2024.06.14 Gibbons P.C. Wire Transfer Confirmation.pdf; 2024.07.23 Gibbons P.C. Wire Transfer Confirmation.pdf; 2024.08.09 Gibbons P.C. Wire Transfer Confirmation.pdf; 2024.09.09 Gibbons P.C. Wire Transfer Confirmation.pdf; 2024.01.06 B&F W9 Form [FE].pdf |

Allison –

Attached are Bursor & Fisher's W9, the proofs of payments for the invoices you requested, and proofs of payment for the additional invoices submitted for reimbursement.

Thanks,



**JASON SUMBALY**
Associate
D 212.584.1836 /  M 732.771.6672
jsumbaly@cohenziffer.com

---

**From: Walton, Allison (Core Claims)**
**Sent: Thursday, October 10, 2024 12:49 PM**
**To: Jason Sumbaly**
**Cc: Ken Frenchman**
**Subject: Parker vs. Bursor (Encrypted Delivery)**

Good afternoon,

After talking with defense counsel, it is my understanding that the attached invoices have already been paid by Scott Bursor. In order to issue reimbursement, I will need proof of payment from the insured. I will also need a W9 in order to issue payment.

Thanks,

**Allison Walton**
Claims Consultant
Complex Claims Unit



THE HARTFORD

The Hartford Financial Services Group, Inc.
One Hartford Plaza | (Tower 15)
Hartford, Connecticut 06155
W: 860-547-4838
F: 877-905-0241

Business Insurance
Employee Benefits
Auto
Home

1

www.thehartford.com
www.facebook.com/thehartford
www.twitter.com/thehartford

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Caution EXTERNAL EMAIL: This email came from outside Cohen Ziffer Frenchman & McKenna. Do not open attachments or click on links if you do not recognize the sender.



# CitiBusiness® Online

WIRE TRANSFER DETAILS

## Wire Transfer Status: **Complete**

*Fed Ref/CHIPS:*                                   *Global ID:* ███████████

| From | | To | |
|---|---|---|---|
| Account Name | BF Operating | Beneficiary | Gibbons P.C. - Trust Account |
| Account Number | ███████ | Beneficiary Account Number | ███████ |
| Account Type | Checking | Bank Routing Number (ABA) | ███████ |
| Set Up By | Rebecca Richter | Beneficiary Address | 101 JFK Parkway, Short Hills, NJ 07078 |
| Approver 1 | Scott A Bursor | Beneficiary Phone | -- |
| | | Bank Address | CITIBANK, N.A. , PARSIPPANY, NJ |

| Scheduling & Dates | | Amount & Additional Info | |
|---|---|---|---|
| Date Submitted | 04/15/2024 | Amount | $100,000.00 USD |
| Date Completed | 04/15/2024 05:50 PM | Customer Reference No. | -- |
| | | Citibank Reference No. | ███████ |
| | | Additional Reference | -- |
| | | Additional Description for Statements | -- |

*This transaction information is provided for your convenience only. It is not a substitute for the periodic statement which is the official record of your account activity.*