EXHIBIT

9

| | |
|---|---|
| **From:** | Meek, Jessica (Core Claims) <Jessica.Meek@thehartford.com> |
| **Sent:** | Thursday, April 24, 2025 11:26 AM |
| **To:** | Amalfe, Christine A. |
| **Subject:** | RE: Bursor and Fisher [HFSG-HHI.FID1426225] (Encrypted Delivery) |

**External Email:** Use caution with links and attachments.

Just sent an invite for 1pm on Monday.

Also, wanted to let you know the reserves went through so payments I mentioned below are all approved and I'd expect would go out today. In addition, also approved payment for $740,121.54 (for 1562294-D1) which I would expect would also go out today.

Thanks,







............

**Jessica Meek**
Claim Specialist
Complex Claim Unit

**The Hartford Insurance Group, Inc.**

690 Asylum Avenue
Hartford, CT 06155

Office: 860-547-7865
Jessica.Meek@thehartford.com

TheHartford.com



Business Insurance | Employee Benefits | Auto | Home

**From:** Amalfe, Christine A.
**Sent:** Wednesday, April 23, 2025 9:52 PM

1

**To:** Meek, Jessica (Core Claims)
**Subject:** RE: Bursor and Fisher [HFSG-HHI.FID1426225] (Encrypted Delivery)

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

How about Monday between 12-2? If not, I can do after 430.

**CHRISTINE A. AMALFE** | Director
Chair, Employment & Labor Law Group
**t:** 973-596-4829 | **c:** 201-407-4752 | **f:** 973-639-6230
camalfe@gibbonslaw.com | bio | vCard | linkedin

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map

**Gibbons P.C.** | One Pennsylvania Plaza | 45th Floor, Suite 4515 | New York, NY 10119
**m:** 212-613-2000 | **f:** 212-290-2018 | office | map

gibbonslaw.com | gibbonslawalert.com

**From:** Meek, Jessica (Core Claims)
**Sent:** Wednesday, April 23, 2025 8:36 PM
**To:** Amalfe, Christine A.
**Subject:** RE: Bursor and Fisher [HFSG-HHI.FID1426225] (Encrypted Delivery)

**External Email:** Use caution with links and attachments.

Ok, sounds good- we can aim for Monday. Let me know your availability and I'll check calendars and send an invite.

Two checks have been mailed out- one on 3/19 for $36,361.50 (for 1564976), one on 3/21 for $867,058.85 (for 1560664-D1). I have two more that are audited and approved- I am just waiting for the reserves to update in the system to fully issue them- they're for $302,290.30 (for 1550303) and $247,559.93 (for 1563187). I have another one that's supposed to be queued over to me tomorrow after audit is completed today (sorry I don't know that amount yet).

............

**Jessica Meek**
Claim Specialist
Complex Claim Unit

**The Hartford Insurance Group, Inc.**

690 Asylum Avenue
Hartford, CT 06155

Office: 860-547-7865
Jessica.Meek@thehartford.com

2



TheHartford.com

# The Hartford

Business Insurance | Employee Benefits | Auto | Home

---

**From:** Amalfe, Christine A. <CAmalfe@gibbonslaw.com>
**Sent:** Wednesday, April 23, 2025 6:41 PM
**To:** Meek, Jessica (Core Claims) <Jessica.Meek@thehartford.com>
**Subject:** Re: Bursor and Fisher [HFSG-HHI.FID1426225] (Encrypted Delivery)

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I am on vacation this week. I can certainly find some time for a call Friday or Monday. We got a continued stay from the second circuit today. I can fill you in when we speak.

Did the checks go out? We have to file our fee app tomorrow.

Sent from my iPhone

> On Apr 23, 2025, at 6:05 PM, Meek, Jessica (Core Claims) <Jessica.Meek@thehartford.com> wrote:

> > **External Email:** Use caution with links and attachments.

> > Hi Christine: Getting some inquiries internally and wanted to see if you might be able to jump on a quick call with me and the internal Hartford counsel assigned to this case to discuss the plan of action moving forward to try and work towards resolution? Maybe sometime yet this week or else next week? Let me know your availability.

> > Thanks,

> > ............

> > **Jessica Meek**
> > Claim Specialist
> > Complex Claim Unit

> > **The Hartford Insurance Group, Inc.**

> > 690 Asylum Avenue

3

Hartford, CT 06155

Office: 860-547-7865
Jessica.Meek@thehartford.com

TheHartford.com

Business Insurance | Employee Benefits | Auto | Home

---

**From:** Amalfe, Christine A. <CAmalfe@gibbonslaw.com>
**Sent:** Thursday, April 17, 2025 9:48 PM
**To:** Meek, Jessica (Core Claims) <Jessica.Meek@thehartford.com>
**Subject:** FW: Bursor Orders - Bursor and Fisher motion papers.

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jessica

See attached papers related to the motion to dismiss Bursor and Fisher. I have not received plaintiff's supplemental filing yet tonight but will send anything we get in the morning. Please let me know if you have any questions.

Christine

**CHRISTINE A. AMALFE** | Director
Chair, Employment & Labor Law Group
**t:** 973-596-4829 | **c:** 201-407-4752 | **f:** 973-639-6230
camalfe@gibbonslaw.com | bio | vCard | linkedin

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map

**Gibbons P.C.** | One Pennsylvania Plaza | 45th Floor, Suite 4515 | New York, NY 10119
**m:** 212-613-2000 | **f:** 212-290-2018 | office | map

<~WRD0003.jpg>

<~WRD0003.jpg>

gibbonslaw.com | gibbonslawalert.com    <~WRD0003.jpg>
<~WRD0003.jpg>

**Disclaimer**
The contents of this message, together with any attachments, may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, printing, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please do not read this message or any

attachments and please notify me immediately by reply e-mail or call Gibbons P.C. at 973-596-4500 and delete this message, along with any attachments, from your computer.

************************************************************************************************

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

************************************************************************************************

************************************************************************************************

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

************************************************************************************************

************************************************************************************************

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

************************************************************************************************