# EXHIBIT

# 10

| | |
|---|---|
| **From:** | Meek, Jessica (Core Claims) <Jessica.Meek@thehartford.com> |
| **Sent:** | Wednesday, May 21, 2025 5:06 PM |
| **To:** | Amalfe, Christine A. |
| **Cc:** | Perlman, Peter A (Litigation and Claim Law) |
| **Subject:** | Bursor and Fisher [HFSG-HHI.FID1426226] (Encrypted Delivery) |

**External Email: Use caution with links and attachments.**

Christine:

Thank you for taking the time to speak with us today. As you said, time is running short. Rather than try to button down all issues, we think it makes sense to focus on resolving the claims between Mr. Parker, Mr. Bursor and Bursor & Fisher while reserving our respective rights on the other issues we will have to iron out, including disagreements over payment of defense costs, etc. We understood you to say on today's call that Mr. Bursor wants to pursue his recently filed counterclaim against the counter-claim defendants other than Ms. Parker. We don't understand the rationale for doing so (or how that squares with his wanting to seal proceedings) or whether and, if so, why Mr. Bursor believes Hartford would be involved in that pursuit, but that's another example of why we should focus on resolving the main issue (the disputes between Mr. Bursor and Ms. Parker) without spending the few days we have between now and the hearing on Tuesday (the day after a holiday weekend) trying to resolve that secondary issue. Assuming we have agreement on trying to resolve the disputes between Mr. Bursor and Ms. Parker, Hartford would support a next settlement offer of just above $█ █████. We hope we have agreement on a path forward for the next few days. If not, please let me know.

Thanks,

............

**Jessica Meek**
Claim Specialist
Complex Claim Unit

**The Hartford Insurance Group, Inc.**

690 Asylum Avenue
Hartford, CT 06155

Office: 860-547-7865
Jessica.Meek@thehartford.com

TheHartford.com

1





Business Insurance | Employee Benefits | Auto | Home

**************************************************************************************************

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

**************************************************************************************************