# EXHIBIT

# 11

| | |
|---|---|
| **From:** | Meek, Jessica (Core Claims) <Jessica.Meek@thehartford.com> |
| **Sent:** | Friday, May 23, 2025 11:20 AM |
| **To:** | Amalfe, Christine A. |
| **Cc:** | Perlman, Peter A (Litigation and Claim Law); Ken Frenchman |
| **Subject:** | RE: Bursor and Fisher [HFSG-HHI.FID1426225] (Encrypted Delivery) |

Christine:

Given that the Circuit Court ruling could come as early as today, The Hartford agrees to pay up to $███ to settle Parker's claims against Bursor & Fisher.  Any related terms or agreements for defense fees your clients believe they are owed or releases related to the litigation will need to be resolved after we have a deal with Parker.



............

**Jessica Meek**
Claim Specialist
Complex Claim Unit

**The Hartford Insurance Group, Inc.**

690 Asylum Avenue
Hartford, CT 06155

Office: 860-547-7865
Jessica.Meek@thehartford.com

TheHartford.com



Business Insurance | Employee Benefits | Auto | Home