# EXHIBIT
# 12

| | |
|---|---|
| **From:** | Meek, Jessica (Core Claims) <Jessica.Meek@thehartford.com> |
| **Sent:** | Tuesday, June 10, 2025 3:57 PM |
| **To:** | Ken Frenchman |
| **Cc:** | Perlman, Peter A (Litigation and Claim Law); Amalfe, Christine A.; Jason Sumbaly |
| **Subject:** | RE: Bursor and Fisher [HFSG-HHI.FID1426225] (Encrypted Delivery) |

Ken:

Hartford confirms that it will continue to pay defense costs until the case is settled, including the already submitted bills that have not yet been reimbursed, without any deductions. Any pending invoices will be approved for payment and should be sent out this week.  Please let us know if you have any other questions.



............

**Jessica Meek**
Claim Specialist
Complex Claim Unit

**The Hartford Insurance Group, Inc.**

690 Asylum Avenue
Hartford, CT 06155

Office: 860-547-7865
Jessica.Meek@thehartford.com

TheHartford.com



Business Insurance | Employee Benefits | Auto | Home

**From:** Ken Frenchman <kfrenchman@cohenziffer.com>
**Sent:** Tuesday, June 10, 2025 9:50 AM
**To:** Meek, Jessica (Core Claims) <Jessica.Meek@thehartford.com>
**Cc:** Perlman, Peter A (Litigation and Claim Law) <Peter.Perlman@thehartford.com>; Amalfe, Christine A. <CAmalfe@gibbonslaw.com>; Jason Sumbaly <jsumbaly@cohenziffer.com>
**Subject:** RE: Bursor and Fisher [HFSG-HHI.FID1426225] (Encrypted Delivery)

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jessica – I'm following up regarding our request for confirmation, as laid out below.

Thanks,

Ken



**KENNETH H. FRENCHMAN**
Managing Partner
D 212.584.1820 / M 914.715.3836
kfrenchman@cohenziffer.com

**From:** Ken Frenchman
**Sent:** Friday, June 6, 2025 1:34 PM
**To:** Meek, Jessica (Core Claims) <Jessica.Meek@thehartford.com>; Amalfe, Christine A. <CAmalfe@gibbonslaw.com>
**Cc:** Perlman, Peter A (Litigation and Claim Law) <Peter.Perlman@thehartford.com>
**Subject:** RE: Bursor and Fisher [HFSG-HHI.FID1426225] (Encrypted Delivery)

Jessica –

Thank you for authority of up to $███. Christine will proceed with that authority and engage Plaintiff's counsel with an offer within that authority. Of course, the goal will be to get the most favorable settlement obtainable in short order.

We further appreciate Hartford's agreement to pay the disputed amounts in full. Please confirm that Hartford will continue to pay, in full, defense costs incurred through execution of any settlement, including invoices submitted to Hartford but not yet reimbursed.

Regarding Hartford's so-called reservation of rights, we adamantly disagree that Hartford has any right to recoupment or that any of the costs were incurred solely for purportedly non-covered claims but acknowledge that Hartford is reserving any right that it believes it has. Bursor & Fisher, and Mr. Bursor, likewise reserve their rights under the Policy, at equity, and under the law.

We will keep you informed about the progress of settlement negotiations throughout the day and over the next few days. We are hopeful, like Hartford, that this matter will be resolved.

If you have any questions, please feel free to reach out.

Thanks,

Ken



KENNETH H. FRENCHMAN
Managing Partner
D 212.584.1820 / M 914.715.3836
kfrenchman@cohenziffer.com



---

**From:** Meek, Jessica (Core Claims) <Jessica.Meek@thehartford.com>
**Sent:** Friday, June 6, 2025 10:07 AM
**To:** Amalfe, Christine A. <CAmalfe@gibbonslaw.com>
**Cc:** Perlman, Peter A (Litigation and Claim Law) <Peter.Perlman@thehartford.com>; Ken Frenchman <kfrenchman@cohenziffer.com>
**Subject:** RE: Bursor and Fisher [HFSG-HHI.FID1426225] (Encrypted Delivery)

Christine:

Hartford agrees to pay up to $█████████ to resolve the claims in the lawsuit against Bursor & Fisher, P.A. and Mr. Bursor.  Hartford also is issuing payment today for the disputed outstanding defense fees in the amount of $2,114,267.88.  Hartford's agreement to fund the settlement and to pay the disputed fees at this time is subject to Hartford's right to seek reimbursement for the amount of the settlement and all defense costs it has paid that are attributable to the non-covered claims in the lawsuit.  If Bursor & Fisher, P.A. does not wish to settle the lawsuit at this time, it has the right to decline the settlement and assume its own defense.  Please let us know how Bursor & Fisher would like to proceed.



............

**Jessica Meek**
Claim Specialist
Complex Claim Unit

**The Hartford Insurance Group, Inc.**

690 Asylum Avenue
Hartford, CT 06155

Office: 860-547-7865
Jessica.Meek@thehartford.com

TheHartford.com



Business Insurance | Employee Benefits | Auto | Home

**From:** Amalfe, Christine A. <CAmalfe@gibbonslaw.com>
**Sent:** Thursday, June 5, 2025 10:44 PM
**To:** Meek, Jessica (Core Claims) <Jessica.Meek@thehartford.com>
**Cc:** Perlman, Peter A (Litigation and Claim Law) <Peter.Perlman@thehartford.com>; Ken Frenchman <kfrenchman@cohenziffer.com>
**Subject:** RE: Bursor and Fisher [HFSG-HHI.FID1426225] (Encrypted Delivery)

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jessica

I spoke with Jeanne Christensen tonight. She said Plaintiff's demand is $███████ but they are deducting the $██ that is arguably due from Plaintiff to Scott per our pending fee application given our successful sanctions motion, so **the actual demand to settle is $███████**. She asked that we get her a response tomorrow.

Time is of the essence since we have a joint letter due tomorrow to the judge about docket entries that the parties claim should remain sealed. There are very few of those given the court's rulings. Christensen suggested that we can submit the letter very late to the judge so as to avoid any possible unsealing of any docket entries during the day tomorrow. I think if we make a substantive offer, perhaps we can agree on a joint letter to the judge asking for a bit of additional time.

As you know, in order for Scott to agree to this, the record will need to remain sealed and he is going to need to be made whole for all attorneys fees and costs, including all write offs.

I would suggest a call as early tomorrow as possible.

Christine

**CHRISTINE A. AMALFE** | Director
Chair, Employment & Labor Law Group
**t:** 973-596-4829 | **c:** 201-407-4752 | **f:** 973-639-6230
camalfe@gibbonslaw.com | bio | vCard | linkedin

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map

**Gibbons P.C.** | One Pennsylvania Plaza | 45th Floor, Suite 4515 | New York, NY 10119
**m:** 212-613-2000 | **f:** 212-290-2018 | office | map

gibbonslaw.com | gibbonslawalert.com

4

From: Meek, Jessica (Core Claims) <Jessica.Meek@thehartford.com>
Sent: Tuesday, June 3, 2025 2:11 PM
To: Amalfe, Christine A. <CAmalfe@gibbonslaw.com>
Cc: Perlman, Peter A (Litigation and Claim Law) <Peter.Perlman@thehartford.com>
Subject: Bursor and Fisher [HFSG-HHI.FID1426225] (Encrypted Delivery)

> **External Email:** Use caution with links and attachments.

Christine:

As the 2nd Circuit has now ruled that the lawsuit will be unsealed we would like to move forward and see if we can get this matter settled.  Could you please reach out to plaintiff's counsel and request a demand?

............

**Jessica Meek**
Claim Specialist
Complex Claim Unit

**The Hartford Insurance Group, Inc.**

690 Asylum Avenue
Hartford, CT 06155

Office: 860-547-7865
Jessica.Meek@thehartford.com

TheHartford.com



Business Insurance | Employee Benefits | Auto | Home

*********************************************************************************************

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

*********************************************************************************************

**Disclaimer**
The contents of this message, together with any attachments, may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, printing, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please do not read this message or any attachments and please notify me immediately by reply e-mail or call Gibbons P.C. at 973-596-4500 and delete this message, along with any attachments, from your computer.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Caution EXTERNAL EMAIL: This email came from outside Cohen Ziffer Frenchman & McKenna. Do not open attachments or click on links if you do not recognize the sender.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

Caution EXTERNAL EMAIL: This email came from outside Cohen Ziffer Frenchman & McKenna. Do not open attachments or click on links if you do not recognize the sender.