# EXHIBIT
# 15

P100001O3438

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



800188732678

12/27/10--01024--015    **87.50

RECEIVED
10 DEC 27 AM 11: 37
DEPARTMENT OF STATE
DIVISION OF CORPORATIONS
TALLAHASSEE, FLORIDA

FILED
10 DEC 27 AM 8: 21
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

# CAPITAL CONNECTION, INC.

417 E. Virginia Street, Suite 1 • Tallahassee, Florida 32301
(850) 224-8870 • 1-800-342-8062 • Fax (850) 222-1222

Bursor & Fisher, P.A.

| | |
|---|---|
| ✓ | Art of Inc. File_____ |
| ____ | LTD Partnership File_____ |
| ____ | Foreign Corp. File_____ |
| ____ | L.C. File_____ |
| ____ | Fictitious Name File_____ |
| ____ | Trade/Service Mark_____ |
| ____ | Merger File_____ |
| ____ | Art. of Amend. File_____ |
| ____ | RA Resignation_____ |
| ____ | Dissolution / Withdrawal_____ |
| ____ | Annual Report / Reinstatement_____ |
| ____ | Cert. Copy_____ |
| ✓ | Photo Copy_____ |
| ____ | Certificate of Good Standing_____ |
| ____ | Certificate of Status_____ |
| ____ | Certificate of Fictitious Name_____ |
| ____ | Corp Record Search_____ |
| ____ | Officer Search_____ |
| ____ | Fictitious Search_____ |
| ____ | Fictitious Owner Search_____ |
| ____ | Vehicle Search_____ |
| ____ | Driving Record_____ |
| ____ | UCC 1 or 3 File_____ |
| ____ | UCC 11 Search_____ |
| ____ | UCC 11 Retrieval_____ |
| ____ | Courier_____ |

Signature

Requested by: SETH

12/27/10    11:00

Name        Date        Time

Walk-In _____    Will Pick Up _____

174   Ponder's Printing - Thomasville, GA 8/00

FILED

**10** DEC 27 AM 8: 21

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

## ARTICLES OF INCORPORATION
## OF
## BURSOR & FISHER, P.A.

The undersigned, desiring to form a corporation (the "Corporation") under the laws of the State of Florida, hereby adopts the following Articles of Incorporation.

### ARTICLE I
### CORPORATE NAME

The name of the Corporation is Bursor & Fisher, P.A.

### ARTICLE II
### PURPOSE

The Corporation shall be organized for any and all purposes authorized under the laws of the state of Florida and is a legal professional corporation which can engage in the practice of law. The shares of the Corporation may only be owned by persons admitted to practice law in the State of Florida.

### ARTICLE III
### PERIOD OF EXISTENCE

The Corporation shall have perpetual existence.

### ARTICLE IV
### SHARES

The capital stock of this Corporation shall consist of 1,000 shares of common stock, no par value.

### ARTICLE V
### PLACE OF BUSINESS

The initial address of the principal place of business of this Corporation in the State of Florida shall be 3595 Sheridan Street, Suite 206, Hollywood, FL 33021. The Board of Directors may at any time move the principal office of this corporation.

### ARTICLE VI
### DIRECTORS AND OFFICERS

The business of this Corporation shall be managed by its Board of Directors. The number of such directors shall not be less than one (1) which may be increased or decreased from time to time in the manner provided in the By-Laws.

1

The number or person constituting the initial Board of Directors shall be one (1). The Board of Directors shall be elected by the Stockholders of the corporation at such a manner as provided in the By-Laws. The name and addresses of initial Board of Directors and officers are as follows:

Scott Bursor                    President/Secretary/Director
3595 Sheridan Street
Suite 206
Hollywood, FL 33021.

## ARTICLE VII
## DENIAL OF PREEMPTIVE RIGHTS

No share holder shall have any right to acquire share or other securities of the corporation except to the extent to such right may be granted by an amendment to these Articles of Incorporation or by a resolution of the Board of Directors.

## ARTICLE VIII
## AMENDMENT OF -BY-LAWS

Anything in these Articles of Incorporation, the By-Laws, or the Florida Corporation Act notwithstanding, by-laws not be adopted, modified, amended or repealed by the shareholders of the Corporation except upon the affirmative vote of a simple majority vote of the holders of all the issued and outstanding shares of the corporation entitled to vote thereon.

## ARTICLE IX
## LIABILITY AND INDEMNIFICATION OF DIRECTORS AND OFFICERS

To the fullest extent permitted by law, no director or officer of the Corporation shall be personally liable to the Corporation of its shareholders for damages for breach of any duty owed to the Corporation or its shareholders. In addition, the Corporation shall have the power, in its by-laws or in any resolution of its stockholders or directors, to undertake to indemnify the officers and directors of this corporation against any contingency or peril as may be determined to be in the best interest of this corporation, and ion conjunction therewith, to procure, at this corporation's expense, policies of insurance.

## ARTICLE X
## CONTRACTS

No contract or other transaction between this corporation and any person, firm or corporation shall be affected by the fact that any officer or director of this

2

corporation is such other party or is, or at some time in the future becomes, an officer, director or partner of such other contracting party, or has now hereafter a direct or indirect interest in such contract.

## ARTICLE XI

## SUBSCRIBER

The name and address of the person signing these Articles of Incorporation as subscriber is:

> Eric P. Littman
> 7695 S.W. 104th Street
> Suite 210
> Miami, FL 33156

## ARTICLE XIII
## RESIDENT AGENT

The name and address of the initial resident agent of this corporation is:

> Eric P. Littman
> 7695 SW 104th Street
> Suite 210
> Miami, FL 33156

IN WITNESS WHEREOF, I have hereunto subscribed to and executed these Articles of Incorporation this on December 23, 2010

_____
Eric P. Littman, Subscriber

SECRETARY OF STATE TALLAHASSEE FLORIDA
FILED 10 DEC 27 AM 8: 21

3

## CERTIFICATE DESIGNATING PLACE OF BUSINESS OR DOMICILE FOR SERVICE OF PROCESS WITHIN THIS STATE NAMING THE AGENT UPON WHOM PROCESS MAY BE SERVED

Having been named to accept service of process for **BURSOR & FISHER, P.A.**, at the place designated in the Articles of Incorporation, the undersigned is familiar

with and accepts the obligations of that position pursuant to F.S. 607.0501(3).

Eric P.  Littman

FILED
DEC 27 AM 8: 21
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

4