**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LIMITED, a Connecticut corporation, | Case No. 1:25-cv-10000-AT-VF |
| Plaintiff, | |
| v. | |
| BURSOR & FISHER, P.A., and SCOTT BURSOR, | **DECLARATION OF SCOTT BURSOR** |
| Defendants. | |

I, **SCOTT BURSOR**, declare under penalty of perjury the following:

1.      I am the President, sole owner, Chief Executive Officer, and Chief Financial Officer of Defendant Bursor & Fisher, P.A. (the "Firm").

2.      I have held these titles since the Firm's founding in 2010.

3.      I submit this Declaration in support of Defendants Bursor & Fisher, P.A., and Scott Bursor's (together, "Defendants") Motion to Dismiss the Amended Complaint filed by Plaintiff Sentinel Insurance Company, Limited ("Hartford").

4.      I have personal knowledge of the facts set forth in this Declaration based on my role and responsibilities at the Firm and my review of the Firm's business and corporate records, and if called as a witness, I could and would testify competently to the matters stated herein.

5.      The Firm is a professional association organized and existing under the laws of the State of Florida.

6.      The Firm maintains its headquarters at 701 Brickell Avenue, Suite 2100, Miami, Florida 33131.

7.      The Firm's principal place of business is located at its headquarters at 701 Brickell Avenue, Suite 2100, Miami, Florida 33131.

8.      While the Firm's principal place of business has changed since the Firm's founding, it has always been in Florida.

9.      As the Firm's sole owner, CEO, and CFO, I live and work in Florida, and my office is located at the Firm's headquarters at 701 Brickell Avenue, Suite 2100, Miami, Florida 33131.

10.     I direct, control, and oversee the Firm's operations, decision-making, and corporate activities from the Firm's headquarters in Florida.

11.     The Firm's corporate books and records are maintained at the Firm's headquarters in Florida.

12.     The Firm has three additional offices, two in New York and one in California.

13.     As required by each state in which the Firm has an office, the Firm is required to file annual registrations with each state.

14.     The Firm's registrations identify its Florida office as its principal place of business.

15.     The Firm annually registers with New York and California as a "foreign" corporation.

16.     Attached hereto as **<u>Exhibit A</u>** are true and correct copies of the Firm's Florida Profit Corporation Annual Reports for 2018 through present, identifying Florida as the location of the Firm's principal place of business.[1]

---

[1] Publicly available at https://tinyurl.com/BFfloridaregistration.

17.     Attached hereto as **Exhibit B** is a true and correct copy a printout from the "Business Search" database on the California Secretary of State's website, showing that the Firm is registered in California as a "out of state" corporation.[2]

18.     Attached hereto as **Exhibit C** is a true and correct copy of a printout from the "Corporation and Business Entity" database on the New York Department of State Division of Corporation's website showing that the Firm is registered in New York as a "foreign" corporation.[3]

19.     Although the Firm maintains offices outside of Florida, including in New York, none of those locations is the Firm's principal place of business; the Firm's principal place of business is, and at all relevant times has been, located at its headquarters in Florida.

20.     Attached hereto as **Exhibit D** is a true and correct copy of the Firm's Articles of Incorporation.[4]

21.     Each of the Exhibits included herein have been filed publicly with the respective state's appropriate governmental authority.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __July 27th____, 2026, at __Miami_____, Florida.

_____
**SCOTT BURSOR**

---

[2] Publicly available at https://bizfileonline.sos.ca.gov/search/business (search for "Bursor & Fisher").

[3] Publicly available at https://apps.dos.ny.gov/publicInquiry/#search (search for "Bursor & Fisher").

[4] Publicly available at https://tinyurl.com/BFArticles.