# EXHIBIT A

**2018  FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P10000103438

**Entity Name:** BURSOR & FISHER, P.A.

**Current Principal  Place of Business:**

7695 SW 104TH ST, SUITE 210
MIAMI,  FL  33156

**Current Mailing Address:**

888 SEVENTH AVENUE
NEW YORK,  NY  10019  US

**FEI Number: 27-4386737**

**Name and Address of Current Registered Agent:**

LITTMAN, ERIC P
7695 SW 104TH ST, SUITE 210
MIAMI, FL  33156  US

**FILED**

**Jan 16, 2018**

**Secretary of State**

**CC6929935682**

**Certificate of Status Desired:**  No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                           Date

**Officer/Director Detail :**

Title              PSD

Name           BURSOR, SCOTT

Address        888 SEVENTH AVENUE

City-State-Zip:   NEW YORK  NY  10019

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SCOTT A BURSOR _____   PRESIDENT _____   01/16/2018

Electronic Signature of Signing Officer/Director Detail                                                          Date

# 2019 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P10000103438

**Entity Name:** BURSOR & FISHER, P.A.

**FILED**
**Apr 04, 2019**
**Secretary of State**

**6157436034CC**

**Current Principal  Place of Business:**

2665 S. BAYSHORE DR.
SUITE 220
MIAMI,  FL  33133

**Current Mailing Address:**

888 SEVENTH AVENUE
NEW YORK,  NY  10019  US

**FEI Number: 27-4386737**

**Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

LITTMAN, ERIC P
7695 SW 104TH ST, SUITE 210
MIAMI, FL  33156  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                      Date

## Officer/Director Detail :

| | |
|---|---|
| Title | PSD |
| Name | BURSOR, SCOTT |
| Address | 2665 S. BAYSHORE DR.<br>UNIT 220 |
| City-State-Zip: | MIAMI  FL  33133 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SCOTT BURSOR                                      PRESIDENT              04/04/2019

Electronic Signature of Signing Officer/Director Detail                                                      Date

# 2020 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P10000103438

**Entity Name:** BURSOR & FISHER, P.A.

**Current Principal  Place of Business:**

2665 S. BAYSHORE DR.
SUITE 220
MIAMI,  FL  33133

**Current Mailing Address:**

888 SEVENTH AVENUE
NEW YORK,  NY  10019  US

**FEI Number: 27-4386737**

**Name and Address of Current Registered Agent:**

LITTMAN, ERIC P
7695 SW 104TH ST, SUITE 210
MIAMI, FL  33156  US

**FILED**

**Jan 15, 2020**
**Secretary of State**

**1980335832CC**

**Certificate of Status Desired:**  No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

Electronic Signature of Registered Agent                                        Date

## Officer/Director Detail :

| | |
|---|---|
| Title | PSD |
| Name | BURSOR, SCOTT |
| Address | 2665 S. BAYSHORE DR. UNIT 220 |
| City-State-Zip: | MIAMI  FL  33133 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SCOTT BURSOR                                    PRESIDENT                    01/15/2020

_____

Electronic Signature of Signing Officer/Director Detail                          Date

**2021 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P10000103438

**Entity Name:** BURSOR & FISHER, P.A.

**FILED**

**Jan 11, 2021**
**Secretary of State**

**2168376783CC**

**Current Principal  Place of Business:**

701 BRICKELL AVE
SUITE 1402
MIAMI,  FL  33131

**Current Mailing Address:**

888 SEVENTH AVENUE
NEW YORK,  NY  10019  US

**FEI Number: 27-4386737**                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

LITTMAN, ERIC P
7695 SW 104TH ST, SUITE 210
MIAMI, FL  33156  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                        Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PSD |
| Name | BURSOR, SCOTT |
| Address | 701 BRICKELL AVE SUITE 1402 |
| City-State-Zip: | MIAMI  FL  33131 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SCOTT BURSOR                                     OFFICE MANAGER        01/11/2021

Electronic Signature of Signing Officer/Director Detail                                Date

**2022  FLORIDA PROFIT CORPORATION AMENDED ANNUAL REPORT**

DOCUMENT# P10000103438

**Entity Name:** BURSOR & FISHER, P.A.

**Current Principal  Place of Business:**

701 BRICKELL AVE
SUITE 1402
MIAMI,  FL  33131

**Current Mailing Address:**

701 BRICKELL AVENUE
STE 1420
MIAMI,  FL  33131  US

**FEI Number: 27-4386737**

**Name and Address of Current Registered Agent:**

LITTMAN, ERIC P
7695 SW 104TH ST, SUITE 210
MIAMI, FL  33156  US

**FILED**

**Aug 18, 2022**
**Secretary of**
**State**

**4978788707CC**

**Certificate of Status Desired:**  No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                    Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PSD |
| Name | BURSOR, SCOTT |
| Address | 701 BRICKELL AVE SUITE 1402 |
| City-State-Zip: | MIAMI  FL  33131 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SCOTT BURSOR                              PRESIDENT                    08/18/2022

Electronic Signature of Signing Officer/Director Detail                                                     Date

# 2022 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P10000103438

**Entity Name:** BURSOR & FISHER, P.A.

**Current Principal  Place of Business:**

701 BRICKELL AVE
SUITE 1402
MIAMI,  FL  33131

**Current Mailing Address:**

888 SEVENTH AVENUE
NEW YORK,  NY  10019  US

**FEI Number: 27-4386737**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

LITTMAN, ERIC P
7695 SW 104TH ST, SUITE 210
MIAMI, FL  33156  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

Electronic Signature of Registered Agent                                      Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PSD |
| Name | BURSOR, SCOTT |
| Address | 701 BRICKELL AVE SUITE 1402 |
| City-State-Zip: | MIAMI  FL  33131 |

**FILED**
**Feb 10, 2022**
**Secretary of State**

**6542466808CC**

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SCOTT BURSOR                                    PRESIDENT              02/10/2022

_____

Electronic Signature of Signing Officer/Director Detail                          Date

**2023 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P10000103438

**Entity Name:** BURSOR & FISHER, P.A.

**Current Principal  Place of Business:**

701 BRICKELL AVE
SUITE 1402
MIAMI, FL  33131

**Current Mailing Address:**

701 BRICKELL AVENUE
STE 1420
MIAMI, FL  33131  US

**FEI Number: 27-4386737**

**Name and Address of Current Registered Agent:**

LITTMAN, ERIC P
7695 SW 104TH ST, SUITE 210
MIAMI, FL  33156  US

**FILED**
**Mar 06, 2023**
**Secretary of State**

**4549701865CC**

**Certificate of Status Desired:**  No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PSD |
| Name | BURSOR, SCOTT |
| Address | 701 BRICKELL AVE SUITE 1402 |
| City-State-Zip: | MIAMI FL  33131 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SCOTT BURSOR                                        PRESIDENT                        03/06/2023

Electronic Signature of Signing Officer/Director Detail                                                              Date

**2024 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P10000103438

**Entity Name:** BURSOR & FISHER, P.A.

**FILED**
**Jan 30, 2024**
**Secretary of State**

**1093610597CC**

**Current Principal  Place of Business:**

701 BRICKELL AVE
SUITE 1402
MIAMI, FL  33131

**Current Mailing Address:**

701 BRICKELL AVENUE
STE 1420
MIAMI, FL  33131  US

**FEI Number: 27-4386737**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

LITTMAN, ERIC P
7695 SW 104TH ST, SUITE 210
MIAMI, FL  33156  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                            Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PSD |
| Name | BURSOR, SCOTT |
| Address | 701 BRICKELL AVE SUITE 1402 |
| City-State-Zip: | MIAMI FL  33131 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SCOTT BURSOR                              PRESIDENT                    01/30/2024

Electronic Signature of Signing Officer/Director Detail                                  Date

**2025 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P10000103438

**FILED**

**Jan 29, 2025**
**Secretary of State**

**Entity Name:** BURSOR & FISHER, P.A.

**Current Principal  Place of Business:**

701 BRICKELL AVE
SUITE 2100
MIAMI, FL 33131

**5654180146CC**

**Current Mailing Address:**

701 BRICKELL AVENUE
STE 2100
MIAMI, FL 33131 US

**FEI Number: 27-4386737**                                      **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

LITTMAN, ERIC P
7695 SW 104TH ST, SUITE 210
MIAMI, FL 33156 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                    Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PSD |
| Name | BURSOR, SCOTT |
| Address | 701 BRICKELL AVE SUITE 2100 |
| City-State-Zip: | MIAMI FL 33131 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SCOTT BURSOR                                 PRESIDENT                      01/29/2025

Electronic Signature of Signing Officer/Director Detail                                          Date

# 2026 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P10000103438

**Entity Name:** BURSOR & FISHER, P.A.

**FILED**

**Apr 14, 2026**

**Secretary of State**

**5746377996CC**

**Current Principal  Place of Business:**

701 BRICKELL AVE
SUITE 2100
MIAMI,  FL  33131

**Current Mailing Address:**

701 BRICKELL AVENUE
STE 2100
MIAMI,  FL  33131  US

**FEI Number: 27-4386737**

**Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

LITTMAN, ERIC P
7695 SW 104TH ST, SUITE 210
MIAMI, FL  33156  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent

Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | PSD |
| Name | BURSOR, SCOTT |
| Address | 701 BRICKELL AVE SUITE 2100 |
| City-State-Zip: | MIAMI  FL  33131 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SCOTT BURSOR

PRESIDENT

04/14/2026

Electronic Signature of Signing Officer/Director Detail

Date