# EXHIBIT B

California
*Secretary of State*

Business     UCC

Login

Home

Search

Forms

Help

# Business Search

*Access records for California Corporations, Limited Liability Companies (LLCs), and Limited Partnerships (LPs). Quickly retrieve public filings with free PDF copies of over* **17 million** *business documents.*

## Filing a Statement of Information, Amendment, or Termination & Ordering Certified Copies or Certificates

1  *Create a **biz**file online account or login to your existing **biz**file Online account.*

2  *Navigate back to the Search page, then locate and select the entity using the search tool below.*

3  *Click **File Amendment** or **File Statement of Information** or **Request Certificate** in the right-hand detail drawer.*

4  *Complete your request online.*

**Need help?** *For more information, see the Help Guide or Video Library. To contact the California Secretary of State's office, view the Contact Information. For information on **access requests**, see the Account Access Guide.*

## What's Included in Search

> ***Corporations, Limited Liability Companies (LLCs), Limited Partnerships (LPs), and Nonprofit Corporations.***
>
> *PDF copies of recent **Statements of Information** and other filings.*
>
> *Distinguishable entity names to be checked for name availability.*

*Search does not cover Limited Liability Partnerships (LLPs) or General Partnerships (GPs). To obtain copies of Limited Liability Partnership (LLP) or General Partnership (GP) filings, submit the paper Business Entity Records Order Form.*

## Search Tips

> *Search by **entity name** or **entity number** (remove "C" from number).*
>
> *Performs a "keyword" search.*
>
> *Results limited to the **500 closest matches**.*
>
> *Advanced Search*
>
> > *Use for **Publicly Traded Disclosure Search**.*
> >
> > ***Refine search** by specific entity type or grouping (e.g., Nonprofit Mutual Benefit*

BURSOR & FISHER, P.A. (3355741)


Request Certificate

| | |
|---|---|
| *Initial Filing Date* | 01/10/2011 |
| *Status* | Active |
| *Standing - SOS* | Good |
| *Standing - FTB* | Good |
| *Standing - Agent* | Good |
| *Standing - VCFCF* | Good |
| *Formed In* | FLORIDA |
| *Entity Type* | Stock Corporation - Out of State - Stock |
| *Principal Address* | 701 BRICKELL AVE STE 1420 MIAMI, FL 33131 |
| *Mailing Address* | 701 BRICKELL AVE STE 1420 MIAMI,FL33131 |
| *Statement of Info Due Date* | 01/31/2027 |
| *Agent* | Individual L. TIMOTHY FISHER 1990 NORTH CALIFORNIA BLVD. SUITE 940 WALNUT CREEK, CA  94596 |


View History


Request Access



Business          UCC

Home

Search

Forms

Help

View **more than the 500 default** results.

### Important Notes

**Disclaimer:** All information provided "as is." The data provided is not a complete or certified record. The California Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information provided.

**Need help?** For more information, select _Forms_ on the menu, view the _Help Guide_ or _Video Library_. To contact the California Secretary of State's office, view the _Contact Information_.

bursor & fisher

Advanced ⌄

Results: 1

| Entity Information ⬍ | Initial Filing Date ⬍ | Status ⬍ | Entity Type |
|---|---|---|---|
| BURSOR & FISHER, P.A. (3355741) ❯ | 01/10/2011 | Active | Stock Corporation - Out of State - Stock |

BURSOR & FISHER, P.A. (3355741)

Request Certificate

| | |
|---|---|
| Initial Filing Date | 01/10/2011 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | FLORIDA |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 701 BRICKELL AVE STE 1420 MIAMI, FL 33131 |
| Mailing Address | 701 BRICKELL AVE STE 1420 MIAMI,FL33131 |
| Statement of Info Due Date | 01/31/2027 |
| Agent | Individual L. TIMOTHY FISHER 1990 NORTH CALIFORNIA BLVD. SUITE 940 WALNUT CREEK, CA  94596 |

View History          Request Access