# EXHIBIT C

An official website of New York State.
Here's how you know ⌄



# Department of State
## Division of Corporations

## Entity Information

[ Return to Results ]  [ Return to Search ]

**Entity Details** ⌃

**ENTITY NAME:** BURSOR & FISHER, P.A.

**DOS ID:** 4043063

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** FOREIGN PROFESSIONAL SERVICE CORPORATION

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** 1530 BCL - BUSINESS CORPORATION LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 01/14/2011

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 01/14/2011

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:** 12/27/2010

**STATEMENT STATUS:** CURRENT

**COUNTY:** NEW YORK

**NEXT STATEMENT DUE DATE:** 01/31/2027

**JURISDICTION:** FLORIDA, UNITED STATES

**NFP CATEGORY:**

‹    ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** SCOTT A. BURSOR

**Address:** 701 BRICKELL AVE., SUITE 2100, MIAMI, FL, UNITED STATES, 33131

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:** SCOTT A. BURSOR

**Address:** 701 BRICKELL AVE., SUITE 2100, MIAMI, FL, UNITED STATES, 33131

Principal Executive Office Address

**Address:** 701 BRICKELL AVE., SUITE 2100, MIAMI, FL, UNITED STATES, 33131

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|