## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LIMITED, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>BURSOR & FISHER, P.A., and SCOTT BURSOR,<br><br>Defendants. | Case No. 1:25-cv-10000-AT-VF<br><br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |

Upon consideration of the Motion to Dismiss the Amended Complaint (the "Motion") brought by Defendants Bursor & Fisher, P.A. and Scott Bursor, any opposition thereto, and the relevant record in this case, it is this ___ day of ___, 2026, hereby:

**ORDERED** that the Motion is **GRANTED**; and

**ORDERED** that Plaintiff's Amended Complaint is dismissed in its entirety with prejudice.

**IT IS SO ORDERED**.

DATED: _____

_____
HON. ANALISA TORRES
United States District Judge